1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH GARVIN,                          No.  2:19-cv-2024 AC P

12              Plaintiff,

13        v.                                  ORDER

14   MULE CREEK STATE PRISON,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18   § 1983, has filed a request for a sixty-day extension of time to file an amended complaint.  ECF

19   No. 10.  The current deadline is May 17, 2021.  No further extensions of time will be granted

20   absent a showing of extraordinary circumstances.

21        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an

22   extension of time, ECF No. 10, is GRANTED.  Plaintiff shall have until July 16, 2021, to file an

23   amended complaint.  Failure to file an amended complaint will result in a recommendation that

24   this action be dismissed.

25   DATED: April 23, 2021

26   _____

     ALLISON CLAIRE

27   UNITED STATES MAGISTRATE JUDGE

28

                                   1