UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GARVIN, | No. 2:19-cv-2024 AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MULE CREEK STATE PRISON, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for access to the prison's law library. ECF No. 11. In the motion, plaintiff states that he requires access to the law library in order to complete his amended complaint but has not yet been able to obtain access because of closures and lack of availability. <u>Id.</u> The court construes the motion as a motion for an extension of time, and it will be denied because plaintiff already has until July 16, 2021, to file an amended complaint. Plaintiff may seek another extension of time if needed. Plaintiff is further advised that when he is amending the complaint he does not need to, and should not, cite to legal authority. Instead, he should focus on explaining to the court in his own words what each defendant did or did not do that he believes violated his rights.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for law library access, ECF No. 11, is construed as a motion for an extension of time and is DENIED without prejudice.

DATED: June 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE