UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GARVIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MULE CREEK STATE PRISON,<br><br>　　　　　Defendant. | No. 2:19-cv-2024 AC P<br><br><br>ORDER |

     Plaintiff filed a second motion for a sixty-day extension of time to file an amended complaint. In granting plaintiff's previous motion for an extension of time, the court cautioned that no further extensions would be granted absent a showing of extraordinary circumstances. ECF No. 12. Plaintiff alleges that he has been isolated and the law library has been closed for over forty-two days because of a COVID outbreak, leaving him unable to conduct necessary research. Id. at 1. He also states that he is currently in isolation for fourteen days because he was just returned to the prison from an outside hospital. Id. at 1-2. Good cause appearing, plaintiff's motion for an extension of time will be granted. However, no further extensions will be granted. Plaintiff is advised that in amending his complaint he does not need to cite to any case law and should instead focus on explaining what each defendant did or did not do that he believes violated his constitutional rights.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 14, is GRANTED.

2. Within sixty days from the service of this order, plaintiff may file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

DATED: July 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE